**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY FESTA,                              )
                                            )
              Plaintiff,                     )
                                            )
       v.                                    )          2:17-cv-00850-APG-NJK
                                            )
NDOC,                                        )          **ORDER**
                                            )
              Defendant.                     )
                                            )
_____ )

**I.      DISCUSSION**

        On March 27, 2017, Plaintiff filed a motion requesting a temporary restraining order ("TRO") form to file against High Desert State Prison ("HDSP").  (ECF No. 5 at 1).  Plaintiff requests a federal injunction form because the HDSP law library does not carry those forms.  (*Id.*)

        The Court denies the motion because a template to file a TRO or preliminary injunction does not exist.  If Plaintiff seeks an order for a TRO or preliminary injunction, he should file a motion entitled "motion for temporary restraining order" or "motion for preliminary injunction" and set forth his arguments as to why he seeks such an order.

**II.     CONCLUSION**

        For the foregoing reasons, IT IS ORDERED that the motion requesting a TRO form (ECF No. 5) is DENIED.

        DATED: This 29th day of March, 2017.

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge