**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY FESTA,

        Plaintiff,

   v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendants.

Case No. 2:17-cv-00850-APG-NJK

**ORDER**

## I.    DISCUSSION

In its February 20, 2018 Screening Order, the Court ordered Plaintiff to file his second amended complaint within 30 days of the date of that order. (ECF No. 15 at 11). The second amended complaint, therefore, is due on March 22, 2018. The Court also advised Plaintiff that, if he did not file the second amended complaint by that deadline, the action would be dismissed with prejudice for failure to state a claim. (*Id.*) Plaintiff has filed a motion for an extension of time until April 20, 2018, to file his second amended complaint. (ECF No. 17 at 1). The Court grants the motion. Plaintiff shall file his second amended complaint on or before April 20, 2018.

. . . .

. . . .

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 17) is GRANTED. Plaintiff shall file his second amended complaint on or before April 20, 2018.

IT IS FURTHER ORDERED that, if Plaintiff does not file a second amended complaint by April 20, 2018, this action shall be dismissed with prejudice for failure to state a claim.

DATED: This 28th day of February, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge