UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY FESTA,<br><br>                      Plaintiff,<br>v.<br>NDOC, *et al.*,<br><br>                      Defendants. | Case No. 2:17-cv-00850-APG-NJK<br><br>ORDER |

**I.    DISCUSSION**

Pending before the Court is Plaintiff's motion for appointment of counsel. Docket No. 36. Also pending before the Court is Plaintiff's motion for enlargement of time. Docket No. 37.

The motion for enlargement of time is not, as Plaintiff submits, his first request for additional time to file his third amended complaint. In fact, this is his third motion seeking more time before filing his third amended complaint. See Docket Nos. 29, 34. In the instant motion, Plaintiff seeks an extension of time from September 3, 2018 until October 3, 2018 to file his third amended complaint. Docket No. 37 at 1. However, on August 3, 2018, the Court ordered Plaintiff to file his third amended complaint within 60 days. Docket No. 33 at 4. Thus, the current deadline is not September 3, 2018, but rather it is October 2, 2018. For clarity, the Court will grant the motion for extension of time for the

1

additional day Plaintiff requests. Plaintiff must file his third amended complaint by October 3, 2018.

Plaintiff is once again advised that an amended complaint supersedes (replaces) the earlier complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"). However, Plaintiff may not amend his complaint to add unrelated claims involving different defendants; adding such claims to an amended complaint will result in dismissal of those claims. Such claims must be brought in separate lawsuits. Plaintiff also may not add claims that already have been addressed in other lawsuits. Such claims will be considered duplicative and frivolous and will be dismissed. In the amended complaint, for each count, Plaintiff should allege the *facts* that support his claim. Plaintiff is not required to file exhibits with his complaint. Furthermore, Plaintiff again is instructed **not** to file original documents with his Third Amended Complaint.

With respect to Plaintiff's motion for appointment of counsel, Docket No. 36, the Court notes that this is not Plaintiff's first motion for appointment of counsel. *See* Docket Nos. 27, 29. In its August 3, 2018 order, this Court denied Plaintiff's two prior motions for appointment of counsel. (ECF No. 33 at 3, 4). For the same reasons provided in that order, the Court once again denies Plaintiff's motion for appointment of counsel. Docket No. 36.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for an extension of time to file his third amended complaint, Docket No. 37, is **GRANTED**. Plaintiff must file his third amended complaint by October 3, 2018.

IT IS FURTHER ORDERED that Plaintiff's motion for appointment of counsel, Docket No. 36, is **DENIED**.

DATED September 25, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE