# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY FESTA,

    Plaintiff

v.

NDOC, et al.,

    Defendants

Case No.: 2:17-cv-00850-APG-NJK

**Order Directing Defendants to Respond to Motion for Emergency Release**

[ECF No. 48]

Plaintiff Anthony Festa filed a "motion to emergency order release from L.C.C. or N.N.C.C." ECF No. 48. I will direct the Attorney General's Office to respond to the motion.

IT IS THEREFORE ORDERED that within seven days from the entry of this order, the Attorney General's Office shall file a response to Festa's motion.

DATED this 3rd day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE