UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FESTA,<br><br>    Plaintiff<br><br>v.<br><br>NDOC, et al.,<br><br>    Defendants | Case No.: 2:17-cv-00850-APG-NJK<br><br>**Order Denying Motions for Temporary Restraining Order**<br><br>[ECF Nos. 48, 51] |

    Plaintiff Anthony Festa has filed two more motions seeking affirmative injunctions. ECF Nos. 48, 51. This time, he wants an order directing the defendants to release him on parole from Lovelock Correctional Center (LCC) or Northern Nevada Correctional Center (NNCC). As before, there is no evidence that any officers have threatened Festa or that the relevant state officials are giving him or his family "the run around." Festa's unsupported fears and allegations are insufficient to warrant injunctive relief. Consequently, I deny Festa's motions.

    IT IS THEREFORE ORDERED that plaintiff Anthony Festa's motions for temporary restraining order **(ECF Nos. 48, 51) are DENIED**.

    DATED this 11th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE