# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FESTA, | Case No.: 2:17-cv-00850-APG-NJK |
| Plaintiff | **Order Denying as Moot Motions for Temporary Restraining Order and Motion for Leave to File Addendum** |
| v. | |
| NDOC, et al., | [ECF Nos. 54, 55] |
| Defendants | |

Plaintiff Anthony Festa filed a motion for temporary restraining order, asserting that he was about to be transferred Southern Nevada Correctional Center, where he believes he will be in danger. ECF No. 55. He also filed a motion for leave to file an addendum to a prior similar motion. ECF No. 54. The docket shows mail sent to Festa has been returned because Festa has been paroled. ECF No. 65. His motions are therefore moot as he is no longer housed at Southern Nevada Correctional Center.

IT IS THEREFORE ORDERED that plaintiff Anthony Festa's motion for temporary restraining order **(ECF No. 55)** and motion for leave to file an addendum **(ECF No. 54) are DENIED as moot**.

DATED this 13th day of March, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE