# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY FESTA,

    Plaintiff(s),

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendant(s).

Case No.: 2:17-cv-00850-APG-NJK

**Order**

In light of the recusal of Mediator Nussbaum, the Court **VACATES** the inmate early mediation conference set for April 19, 2019. In lieu of a formal mediation, Plaintiff and defense counsel are encouraged to confer on the potential for settlement. No later than May 24, 2019, the Attorney General's Office shall file the report form applicable to informal settlement discussions. *See* Docket No. 59 at 24-25. The stay of this case shall extend through the date that the above form is filed.

    IT IS SO ORDERED.

    Dated: April 10, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge