# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FESTA,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>NDOC, et al.,<br><br>　　　Defendant(s). | Case No.: 2:17-cv-00850-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 78] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 78. Plaintiff has shown an inability to pay the filing fee, and his application to proceed *in forma pauperis* is **GRANTED**. The Attorney General must comply with the order at Docket No. 74 by July 9, 2019. *See* Docket No. 77.

IT IS SO ORDERED.

Dated: June 25, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge