# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY FESTA,

    Plaintiff(s),

v.

BRIAN SANDOVAL, et al.,

    Defendant(s).

Case No.: 2:17-cv-00850-APG-NJK

**Order**

[Docket No. 84]

Pending before the Court is Defendants' motion to extend the deadline to respond to the operative complaint by 45 days. Docket No. 84. The motion is predicated almost entirely on the fact that counsel is unable to meet the current deadlines because of his work commitments in other cases. *See* Docket No. 84-1 at ¶¶ 2-4. The Court is cognizant of the difficulties in managing competing workload demands. Nonetheless, having an attorney take on more work than he can handle is not good cause for an extension. *See, e.g.*, *Olesczuk v. Citizens One Home Loans*, 2016 U.S. Dist. Lexis 153342, at *6 n.3 (D. Nev. Nov. 4, 2016) (citing *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, at *3 (D. Nev. June 3, 2015)). As a one-time courtesy, the Court will provide a 21-day extension to the deadline to respond to the operative complaint. Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part, and the deadline to respond to the complaint is extended to August 19, 2019.

IT IS SO ORDERED.

Dated: July 26, 2019

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge