# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Festa, | Case No.: 2:17-cv-850-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | [ECF No. 88] |
| Brian Sandoval, et al., | |
| Defendants. | |

Plaintiff Anthony Festa's motion to extend time to file a response to the defendants' motion to dismiss **ECF No. 88 is GRANTED**. Festa's response to the motion to dismiss is due by **September 26, 2019.**

Dated: August 27, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE