UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FESTA,<br>         Plaintiff(s),<br>v.<br>BRIAN SANDOVAL, et al.,<br>         Defendant(s). | Case No.: 2:17-cv-00850-APG-NJK<br>**Order**<br>[Docket No. 102] |

Pending before the Court is Plaintiff's motion to extend the deadline to effectuate service. Docket No. 102.  The deadline to effectuate service must be extended when good cause has been shown and may be extended even absent a showing of good cause.  Fed. R. Civ. P. 4(m); *see also in re Shaheen*, 253 F.3d 507, 512 (9th Cir. 2001).  Plaintiff's motion asserts that service has not been effectuated in light of financial difficulties and parole conditions, but that Plaintiff anticipates both issues to be resolving themselves.  *See* Mot. at 3.  As a result, Plaintiff asks for a 30-day extension of the service period.  The Court will provide a 45-day period for effectuating service, with the caveat that **there will be no further extensions provided**.

Accordingly, the motion to extend is **GRANTED** and the deadline to complete service is **EXTENDED** to August 29, 2020.

IT IS SO ORDERED.

Dated: July 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　 Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　 United States Magistrate Judge

1