# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FESTA,<br>    Plaintiff(s),<br>v.<br>BRIAN SANDOVAL, et al.,<br>    Defendant(s). | Case No.: 2:17-cv-00850-APG-NJK<br>**Order**<br>[Docket No. 103] |

Pending before the Court is Plaintiff's motion for leave to file a fourth amended complaint. Docket No. 103. Plaintiff's motion was filed on June 23, 2020. To date, no response has been filed. To the extent Defendants may be uncertain, the Court makes clear now that it declines to screen the fourth amended complaint *sua sponte* given the procedural posture of the case. *See, e.g.*, *Olausen v. Murguia*, 2014 WL 6065622, at *3 (D. Nev. Nov. 12, 2014). To the extent Defendants oppose the relief requested, a response to the motion must be filed by July 21, 2020.

IT IS SO ORDERED.

Dated: July 14, 2020

Nancy J. Koppe
United States Magistrate Judge

1