UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FESTA,<br><br>    Plaintiff(s),<br><br>v.<br><br>BRIAN SANDOVAL, et al.,<br><br>    Defendant(s). | Case No.: 2:17-cv-00850-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 125] |

Pending before the Court is Plaintiff's motion for extension. Docket No. 125. Defendants filed a response in partial opposition and Plaintiff filed a reply. Docket Nos. 128, 129. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

The Court hereby ORDERS Defendants to file a response to the fourth amended complaint by January 21, 2021.

Given that the parties agree that an extension is warranted, the Court ORDERS Plaintiff and defense counsel to meet-and-confer telephonically or by video, and to file a stipulation with proposed deadlines by January 28, 2021.

Consistent with the above, Plaintiff's motion is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

Dated: January 11, 2021

                                                              Nancy J. Koppe<br>
                                                              United States Magistrate Judge