**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY FESTA, | Case No.: 2:17-cv-00850-APG-NJK |
| Plaintiff, | **Order Granting Motion to Stay Case** |
| v. | [ECF No. 132] |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

    I ORDER that the defendants' unopposed motion to stay the case to allow for settlement discussion **(ECF No. 132) is GRANTED**. The parties have until March 31, 2021 to conduct a settlement conference. If the case does not settle, the parties shall file a proposed scheduling order by April 16, 2021.

    DATED this 2nd day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE