# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FESTA,<br><br>　　Plaintiff(s),<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　Defendant(s). | Case No. 2:17-cv-00850-APG-NJK<br><br>**Order** |

　　This case was filed more than four years ago. On February 2, 2021, the Court granted the request to stay the case to discuss settlement and, if a settlement was not reached, ordered a proposed schedule be filed by April 16, 2021. Docket No. 133. It appears the parties discussed settlement one time during this period, on February 18, 2021. *See* Docket No. 135 at 2. The parties agreed that no further discussions were necessary. *See id.* On April 16, 2021, the parties filed a partially-agreed upon proposed schedule to effectively restart the clock in this case. *See id.* at 2-3 (requesting new 180-day discovery period); *see also* Local Rule 26-1(b)(1) (providing default discovery period of 180 days). No explanation has been provided as to why the schedule should be completely reset in this case. *Cf. Gonzalez v. Diamond Res. Int'l Mktg., Inc.*, 2020 WL 4925702, at *2 n.5 (D. Nev. Aug. 21, 2020) (once a stay is lifted, the Court will typically "return the parties to the *status quo* as it existed at the time the stay was imposed").

　　The Court hereby **SETS** a telephonic hearing for 3:00 p.m. on April 27, 2021. Plaintiff and counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear

1

recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: April 19, 2021

_____
Nancy J. Koppe
United States Magistrate Judge