**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY FESTA, | Case No.: 2:17-cv-00850-APG-NJK |
| Plaintiff | **Order Granting Motion to Seal** |
| v. | [ECF No. 150] |
| NDOC, et al., | |
| Defendants | |

I HEREBY ORDER that the defendants' motion to seal **(ECF No. 150) is GRANTED**. The plaintiff's medical records filed at ECF No. 151 shall remain under seal.

DATED this 10th day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE