# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ANTHONY FESTA, | Case No.: 2:17-cv-00850-APG-NJK |
|---|---|
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 156] |
| NDOC, et al., | |
| Defendants | |

I HEREBY ORDER that the plaintiff's motion for extension of time **(ECF No. 156) is GRANTED**. The plaintiff's deadline to respond to the pending motion for summary judgment (ECF No. 149) is extended to January 31, 2022.

DATED this 14th day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE