**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY FESTA,
Plaintiff(s),

v.

BRIAN SANDOVAL, et al.,
Defendant(s).

Case No. 2:17-cv-00850-APG-NJK

**Order**

[Docket Nos. 148, 165]

Pending before the Court is Plaintiff's motion to compel compliance with a non-party subpoena. Docket No. 148. The Court issued an order deferring ruling on that motion to enable a robust meet-and-confer, as well as requiring the filing of a joint status report. Docket No. 164. Also pending before the Court is Defendants' motion to extend time for filing that joint status report in which Defendants represent that "[t]he parties agree that their dispute can either be resolved or narrowed." Docket No. 165 at 3. In light of the circumstances, the motion to compel (Docket No. 148) is **DENIED** without prejudice. To the extent judicial involvement is required notwithstanding the continued conferral efforts, any renewed motion must be filed by April 19, 2022. The motion to extend (Docket No. 165) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: February 28, 2022

Nancy J. Koppe
United States Magistrate Judge