UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY FESTA, | Case No.: 2:17-cv-00850-APG-NJK |
|---|---|
| Plaintiff | **Order Denying Motion to Halt Summary Judgment as Moot and Setting Deadline for Response** |
| v. | |
| NDOC, et al., | [ECF No. 161] |
| Defendants | |

Plaintiff Anthony Festa moves for me to suspend summary judgment briefing until the defendants produce discovery that Festa has requested. ECF No. 161. Festa had filed a motion to compel. ECF No. 148. Magistrate Judge Koppe directed the parties to meet and confer to resolve the discovery dispute. ECF No. 164. Judge Koppe subsequently denied the motion to compel without prejudice and ordered that any renewed motion to compel must be filed by April 19, 2022. ECF No. 166. No renewed motion to compel has been filed. Consequently, it appears that the discovery dispute has concluded and there is no further impediment to Festa responding to the summary judgment motion. I therefore deny his motion to halt summary judgment as moot, and I set a deadline for his response to the summary judgment motion.

I THEREFORE ORDER that plaintiff Anthony Festa's motion to halt summary judgment **(ECF No. 161) is DENIED as moot**. Plaintiff Anthony Festa has until May 27, 2022 to file a response to the defendants' motion for summary judgment (ECF No. 149).

DATED this 27th day of April, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE