# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FESTA, | Case No.: 2:17-cv-00850-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| NDOC, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. *See* ECF No. 141.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by October 28, 2022. Failure to comply with this order may result in sanctions, including dismissal of claims or defenses without further notice.

DATED this 26th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE